No. 81–2069. ASSOCIATED GROCERS v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–2072. RUBUSH ET AL. v. BEMIS CO., INC., ET AL. Sup. Ct. Ind. Certiorari denied.

No. 81–2073. THEVIS ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 81–2075. WOLD v. WOLD ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 81–2078. AMON ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 81–2083. ITT CONTINENTAL BAKING CO. v. WILLIAM INGLIS & SONS BAKING CO. ET AL.; and
No. 81–2289. WILLIAM INGLIS & SONS BAKING CO. ET AL. v. ITT CONTINENTAL BAKING CO., INC. C. A. 9th Cir. Certiorari denied. Reported below: 668 F. 2d 1014.

No. 81–2089. PHILLIPS PETROLEUM CO. v. ASHLAND OIL, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–2090. CITY OF SAULT STE. MARIE, MICHIGAN v. WATT, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–2093. COUNTY OF IMPERIAL ET AL. v. MUNOZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–2100. STEPHENS v. LOWERY ET AL. C. A. 11th Cir. Certiorari denied.